[No. 13395-8-III.    Division Three.    January 26, 1995.]

DANAHER M. DEMPSEY, JR., ET AL, *Respondents,* v. GONZAGA PREPARATORY SCHOOL, INC., *Petitioner.*

Appeal from a judgment of the Superior Court for Spokane County, No. 92-2-04796-3, Harold D. Clarke, J., entered June

24, 1993. *Reversed* and *remanded* by unpublished opinion per Schultheis, J., concurred in by Sweeney, A.C.J., and Munson, J.